## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Symbiat, Inc. f/k/a Computone Corporation**
4920 Avalon Ridge Parkway
Suite 600
Norcross, GA 30071–1572

23–2472952

Case No.: **04–92481–mgd**
Chapter: **7**
Judge: **Mary Grace Diehl**

### ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

*Mary Grace Diehl*

Mary Grace Diehl
United States Bankruptcy Judge

Dated:   July 31, 2008
Form 183