## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Symbiat, Inc. f/k/a Computone Corporation**
4920 Avalon Ridge Parkway
Suite 600
Norcross, GA 30071–1572

23–2472952

Case No.: **04–92481–mgd**
Chapter: **7**
Judge: **Mary Grace Diehl**

### ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

*Mary Grace Diehl*

Mary Grace Diehl
United States Bankruptcy Judge

Dated:   July 31, 2008
Form 183

```
BAE SYSTEMS
Bankruptcy Noticing Center                CERTIFICATE  OF  SERVICE
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

District/off: 113E-9           User: hunterv                Page 1 of 4                  Date Rcvd: Jul 31, 2008
Case: 04-92481                 Form ID: 183                 Total Served: 189

The following entities were served by first class mail on Aug 02, 2008.
db            Symbiat, Inc. f/k/a Computone Corporation,    4920 Avalon Ridge Parkway,    Suite 600,
              Norcross, GA 30071-1572
aty          +Bryan E. Bates,    McKenna Long & Aldridge, LLP,    Suite 5300,    303 Peachtree St., NE,
              Atlanta, GA 30308-3265
aty          +Henry F. Sewell, Jr.,    McKenna, Long & Aldridge, LLP,    Suite 5300,    303 Peachtree Street, N.E.,
              Atlanta, GA 30308-3265
aty          +McKenna Long & Aldridge LLP,    303 Peachtree Street,    Suite 5300,    Atlanta, GA 30308-3265
aty          +Russell S. Bogue, III,    DLA Piper Rudnick Gray Cary,    2800 One Atlantic Center,
              1201 W. Peachtree St.,    Atlanta, GA 30309-3449
aty          +S. Gregory Hays,    Hays Financial Consulting, LLC,    3343 Peachtree Road, NE,    Suite 750,
              Atlanta, GA 30326-1429
aty          +Susan Elizabeth Hall,    McKenna, Long and Aldridge,    Suite 5300,    303 Peachtree Street, NE,
              Atlanta, GA 30308-3265
aty          +Walter C. Dauterman, Jr.,    McKenna Long & Aldridge,    Suite 5300,    303 Peachtree Street, NE,
              Atlanta, GA 30308-3265
tr            S. Gregory Hays,    Hays Financial Consulting, LLC,    Suite 200,    3343 Peachtree Road, NE,
              Atlanta, GA 30326-1420
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330
6919096      +1041 Partners, LLC,    992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
6919097      +ADT,    P.O. Box 96175,    Las Vegas, NV 89193-6175
6919098       AIT-Atlanta, Inc.,    Advanced Interconnection Tech,    P.O. Box 930377,    Atlanta, GA 31193-0377
6919092       AT&T,    P.O. Box 600670,    Jacksonville, FL 32260-0670
6919093       AT&T Wireless Service,    P.O. Box 129,    Newark, NJ 07101-0129
7675803      +Alex & Kim Keszeli,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
              992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
6919099      +Alma K. & Grabriel Elias,    509 Spring Avenue,    Elkins Park, PA 19027-2616
6919100       Alpha Capital, LLC,    552 1/2 Broadway,    Alexandria, MN 56308
6919101      +Alpha Capital, LLC,    P.O. Box 439,    Redwood Falls, MN 56283-0439
6919087      +AmHerst Corp. Computer Sales,    Attn: Marketing Department,    40 Continental Blvd.,
              Merrimack, NH 03054-4332
6919102      +American Financial Management,    3715 Ventura Drive,    Arlington Heights, IL 60004-7696
6919103      +American Stock Transfer,    59 Maiden Lane,    New York, NY 10038-4667
6919104      +American Teleconnect,    51 Oak Grove Road,    Southampton, NY 11968-1100
6919088      +Anchor Executive Center,    11111 Katy Freeway, Suite 910,    Houston, TX 77079-2119
7675925      +Ann F. McHugh Trust, Brian McHugh Trustee,    c/o Robert Fisk,
              Philadelphia Brokerage Corporation,    992 Old Eagle School Road,    Suite 915,
              Wayne, PA 19087-1803
6919089      +Arnall Golden & Gregory LLP,    2800 One Atlantic Center,    1201 West Peachtree Street,
              Atlanta, GA 30309-3449
6919091      +Arrow Electronics Inc.,    25 Hub Drive,    Mellville, New York 11747-3503
6919094      +Atlanta Group Systems, Inc.,    3390 Peachree Road, N.E.,    Suite 350,    Atlanta, GA 30326-1141
6919095      +Atlantis Partners,    Attn: Accounts Receivable,    206 Newbury Street,    Boston, MA 02116-2504
7675722      +Bee Publishing Co. 401k Match,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
              992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
7675717      +Bee Publishing Co. 401k PSP,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
              992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
7675626      +Bee Publishing Co. 401k PSP R/O,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
              992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
6919105       BellSouth,    P.O. Box 740144,    Atlanta, GA 30374-0144
6919106       BellSouth,    85 Annex,    Atlanta, GA 30385-0001
7625418       BellSouth Telecommunications, Inc.,    29EF1-301 West Bay Street,    Jacksonville, Florida 32202
6919107       Bergquist Company,    SDS 12-1021,    P.O. Box 86,    Minneapolis, MN 55486-1021
7675494      +Bob Somers & Ronnie Somers Jt. Ten.,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
              992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
6919108      +Bowne,    1570 Northside Drive,    Atlanta, GA 30318-4204
6919109       Business Wire,    P.O. Box 45348,    San Francisco, CA 94145-0348
6982618      +Business Wire,    44 Montgomery Street,    39th Floor,    San Francisco, CA 94104-4812
6919110       Cable & Wireless USA,    P.O. Box 371689,    Pittsburgh, PA 15251-7689
7675390      +Cathy A. Wichert, Trustee Cathy A. Wichert Trust,    c/o Robert Fisk,
              Philadelphia Brokerage Corporation,    992 Old Eagle School Road,    Suite 915,
              Wayne, PA 19087-1803
6919111      +Chris Electronics,    2023 West County Road, C-2,    Roseville, MN 55113-1211
6919112      +Concordi Intl. Forwarding Corp,    70 E. Sunrise Highway,    Suite 605,
              Valley Stream, NY 11581-1233
6919113      +Concordia Intl. Forwarding Cor,    70 E. Sunrise Highway,    Valley Stream, NY 11581-1233
7640901      +Core Facts, LLC,    14030 Thunderbolt Place,    #700,    Chatilly, VA 20151-3283
6919114      +Corefact,    14030 Thunderbolt Place,    Suite 700,    Chantilly, VA 20151-3283
6919115       Crystal Group, Inc.,    850 Kacena Road,    Hiawatha, IA 52233-1204
6919116      +Data Comm Warehouse,    7077 Collection Center Drive,    Chicago, IL 60693-0070
7675541      +David Allsopp,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
              992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
6919117      +David E. Ratliff,    4333 Coastal Lane,    Loganville, GA 30052-2375
6919118      +David R. Laube,    15825 West Bayaud Drive,    Golden, CO 80401-5055
6919119      +DeLoitte & Touche LLP,    191 Peachtree Street,    Suite 1500,    Atlanta, GA 30303-1724
6919120      +Dilworth Paxson LLP,    3200 Mellon Bank Center,    1735 Market Street,
              Philadelphia, PA 19103-7501
7675333      +Donald A. Wissner Trust,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
              992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
7175212      +Dun & Bradstreet,    c/o D&B/RMS Bankruptcy Services,    P.O. Box 5126,
              Timonium, Maryland 21094-5126
6919121      +Dynamex, Inc.,    P.O. Box 7565,    Marietta, GA 30065-1565
6919122       E. Leo Bebeau,    126 Hilldale Drive,    Decatur, GA 30030-3820
6919124      +EIS, Inc.,    3715 Northside Parkway, NW,    Building 100,    Suite 400,    Atlanta, GA 30327-2806
```

```
District/off: 113E-9                User: hunterv                Page 2 of 4                  Date Rcvd: Jul 31, 2008
Case: 04-92481                      Form ID: 183                 Total Served: 189

6919123          Eagle Global Logistics,    P.O. Box 844650,    Dallas, TX 75284-4650
7675853         +Ear Nose & Throat PSP fbo Alex Keszeli,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
7675780         +Eisen Trust,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,    992 Old Eagle School Road,
                  Suite 915,    Wayne, PA 19087-1803
6919125         +Elite Embroidery, Inc.,    4311 Sprucebough Drive,    Marietta, GA 30062-6067
7555610         +Engravers Unlimited,    6065 Barfield Rd.,    Suite 114,    Atlanta, GA 30328-4406
6919126         +Ergonomic Technologoes,    30 Leatherleaf Trial,    North Kingstown, RI 02852-4141
7585221         +Express Point Technology,    1109 Zane Ave N.,    Golden Valley, MN 55422-4605
6919127         +Extinguisher Service, Inc.,    P.O. Box 1267,    Alpharetta, GA 30009-1267
7675226         +Gabriel Elias & Alma Elias,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
7436087         +Georgia Department of Labor,    148 Andrew Young International Blvd,    Suite 826,
                  Atlanta, GA 30303-1732
6919128         +Gerald Bing,    1226 Kimmerling Rd.,    Garnerville, NV 89460-7583
6919129         +Global Crossing, Inc.,    20 Oak Hollow,    Suite 300,    Southfield, MI 48033-7491
6919130         +Gwinnett Graphics, Inc.,    4234 Lilburn Industrial Way,    Lilburn, GA 30047-2929
6973897         +Harbor Consulting Group,    Atten: Dale Roberts, Vice President,    3162 Johnson Ferry Road,
                  Suite 260,    Po Box 310,    Marietta, GA 30061-0310
7675955         +Harriet Manning,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
7290585          Hartford Fire Insurance Company,    Hartford Plaza,    Tower A T-1-55,    Hartford, CT  06115
6919131          High Choice Staffing Services,    P.O. Box 1281,    Alpharetta, GA 30009-1281
7687999         +I Omega Corporation,    Rona S. Zollman, Asst. General Counsel,    10955 Vista Sorrento Parkway,
                  San Diego, CA 92130-8699
6919132         +IBM Corporation,    4111 Northside Parksay, N.W.,    Atlanta, GA 30327-3098
8024730        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                  PHILADELPHIA PA 19114-0326
                 (address filed with court:   INTERNAL REVENUE SERVICE,    401 W PEACHTREE STREET,
                  ROOM 400 STOP 334-D,    ATLANTA,    GEORGIA,    30308)
6919133         +Inter-Tel Leasing,    885 Trademark Drive,    Reno, NV 89521-6006
6919134          Inter-Tel Technologies,    Attn: Accounts Receivable,    P.O. Box 277216,    Atlanta, GA 30384-7216
7675637         +Irv Block,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,    992 Old Eagle School Road,
                  Suite 915,    Wayne, PA 19087-1803
7551220         +Jackson EMC,    PO Box 38,    Jefferson, GA 30549-0038
7675246         +Jacqueline Simms,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
7675742         +Janis Diamond Chack,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
6919135         +Janis L. Rosser, P.C.,    1144 Canton Street, Suite 100,    Roswell, GA 30075-7209
7675544         +Jeffrey Starr,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
7675446         +Jim Saltzman,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
6919136         +Jim Wilt,    P.O. Box 681908,    Franklin, TN 37068-1908
7675732         +Joanne Edwards,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
6919137         +John D. Freitag,    2621 Jamaica Point Road,    Trappe, MD 21673-1619
7676012         +John Myers C/F Cecelia Myers UGMA OH,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
7675973         +John Myers C/F Grace Myers UGMA OH,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
7675970         +John Myers C/F Olivia Myers UGMA OH,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
7675797         +John W. Dean,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
6919138         +John W. Smith,    10000 Gate Parkway North,    Apt. 815,    Jacksonville, FL 32246-8210
7675928         +Joseph Manning,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
7675672         +Judith Campbell,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
6919139          Juki Automation Systems, Inc.,    P.O. Box 601600,    Charlotte, NC 28260-1600
6919140         +Kapoor & Associates,    1776 Peachtree Street, N.W.,    Suite 633, South Tower,
                  Atlanta, GA 30309-2307
7675736         +Kein Hean Chen,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
7675492         +Ken Voytell,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,    992 Old Eagle School Road,
                  Suite 915,    Wayne, PA 19087-1803
6919141         +LC Capital Partners, LP,    680 Fifth Avenue,    New York, NY 10019-5429
6919142         +Love, Douglas & Pope, Inc.,    3480 Preston Ridge Road,    Suite 100,    Alpharetta, GA 30005-2054
6919147         +MCI WorldCom Conferencing,    P.O. Box 70129,    Chicago, IL 60673-0001
7048906         +MDR Sales,    2100 Oak Village Lane,    Lawrenceville, GA 30043-2949
6919143         +Mallory Capital Group,    19 Old Kings Highway South,    Suite 14,    Darien, CT 06820-4526
7675778         +Marc & Helene Gordon,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
7675496         +Mark Zimmer & Jennifer Zimmer Jt. Ten.,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
                  992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
7563556         +Market Point Inc.,    115 Summit Dr.,    Exton, Pa 19341-2840
6919144          Martha Judith Segura,    120 South Biscayne Blvd.,    Miami, FL 33131
7675959         +Martin H. Orliner, Trustee Martin H. Orliner Trust,    c/o Robert Fisk,
                  Philadelphia Brokerage Corporation,    992 Old Eagle School Road,    Suite 915,
                  Wayne, PA 19087-1803
6919145         +McBee Systems,    1055 East State Street,    Athens, OH 45701-7900
6920118         +McDonald Windward Partners IV,    300 Northcreek, Suite 650,    Atlanta, GA 30349-7130
```

```
District/off: 113E-9           User: hunterv               Page 3 of 4              Date Rcvd: Jul 31, 2008
Case: 04-92481                 Form ID: 183                Total Served: 189

 6919146      McDonald Windward Partners IV,   c/o Parker, Hudson, Rainer & Dobbs, LLP,
               1500 Marquis Two Tower,    Atlanta, GA 30303
 6919148     +Micro Com,    17502 Irvine Blvd.,    Suite E2,    Tustin, CA 92780-3127
 6919149     +Micro Dynamics Corporation,    6201 Bury Drive,    Eden Prairie, MN 55346-1720
 6919150      Monninkhof Holding,    Koningin Julianweg 20,    3791 VB Achterve,    The Netherlands
 7586056      NEXTEL SOUTH CORP.,     NEXTEL COMMUNICATIONS, INC.,    ATTN: BANKRUPTCY COURT,
               POST OFFICE BOX 172408,    DENVER, CO 80217-2408
 7675858     +NFS / FMTC IRA FBO Marc Gordon,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
               992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
 7675405     +NFS/FMTC IRA FBO Frank J. Campbell III,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
               992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
 7675536     +Neil Sukonik,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
               992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
 6919151     +Nelson Publishing, Inc.,    2504 North Tamiami Trail,    Nokomis, FL 34275-3482
 6919152     +Neopost,    ttn: Legal Department,    30955 Huntwood Avenue,    Hayward, California 94544-7005
 6919153      Neptune Verlag GMBH,    Siemensstra Be 4,    D 71299 Wimsheim,    Germany
 6920121      Network Associates, Inc.,    13465 Midway Road,    Santa Clara, CA 95054-0963
 6919154      Network Associates, Inc.,    13465 Midway Road,    Campbell, TX 75422
 6919155      Nextel,    P.O. Box 4191,    Carol Stream, IL 60197-4191
 6919156     +Ophir Holdings, Inc.,    600 Boston Neck Road,    North Kingstown, RI 02852-6803
 6919170      PR Newswire,    P.O. Box 911309,    Dallas, TX 75391-1309
 6919169      PR Newswire,    G.P.O. Box 5897,    New York, NY 10087-5897
 6919157     +Peachtree Packaging, Inc.,    770 Marathon Parkway,    Lawrenceville, GA 30045-2800
 6919158     +Peachtree Service Experts,    2500 Meadowbrook Parkway,    Suite F,    Duluth, GA 30096-4676
 6919159     +Peoplewise, LLC,    2300 Technology Parkway,    Suite 8,    Hollister, CA 95023-2536
 6919160     +Perforce Software, Inc.,    P.O. Box 60000,    San Francisco, CA 94160-0001
 6919162     +Personnel Management, Inc.,    P.O. Box 402040,    Philadelphia, PA 19175-0001
 6973898     +Personnel Management, Inc.,    Atten: Legal Department,    105 Diversco Drive,
               Spartanburg, SC 29307-5408
 6919161      Personnel Management, Inc.,    P.O. Box 716021,    Cincinnati, OH 45271-6021
 6919163     +Philadelphia Brokerage Corp.,    992 Old Eagele School Rd.,    Suite 915,    Wayne, PA 19087-1803
 6919164     +PictureQuest,    Attn: Chritina Schneider, Paralegal,    6000 North Forest Park Drive,
               Pieroria, Illinois 61614-3556
 6919165     +Pilot Air Freight,    Legal Department,    P.O. Box 97,    Lima, Pennsylvania 19037-0097
 6919166      Pinkerton Consulting,    P.O. Box 406394,    Atlanta, GA 30384-6394
 6919167     +Pinkerton Consulting & Inv.,    225 Town Park Drive,    Suite 100,    Kennesaw, GA 30144-5885
 6919168      Pitney Bowes, Inc.,    P.O. Box 856390,    Louisville, KY 40285-6390
 6919171     +Printer Repair Depot,    3618 Clearview Parkway,    Atlanta, GA 30340-2115
 7586381     +Pro-Tec Services, LLC,    2475 Village Lane - #102,    Billings, MT 59102-2497
 6919172     +Qwest Audio Conferencing Svs.,    401 Brookfield Parkway,    Suite 200,    Greenville, SC 29607-5784
 7675236     +R. Scudder Smith & Helen Smith Jt. Ten.,    c/o Robert Fisk,    Philadelphia Brokerage,
               992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
 7675538     +Ralph Wagner,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
               992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
 6919173      Right Choice Staffing Srvs.,    P.O. Box 1281,    Alpharetta, GA 30009-1281
 6919174     +Robert A. Fisk,    992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
 7675518     +Robert Jacobs,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
               992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
 6919175     +Rodio & Brown,    91 Friendship Street,    Providence, RI 02903-3837
 6919176     +Rogers & Hardin,    2700 International Tower,    229 Peachtree Street,    Atlanta, GA 30303-1602
 6920130     +Royal Office Products,    1705 Corporate Drive,    Suite 415.120,    Norcross, GA 30093-2991
 6919177     +Royal Office Products,    3069 McCall Drive,    Atlanta, GA 30340-2830
 7563426    ++SCANA AND SUBSIDIARIES,    ATTN BANKRUPTCY,    1426 MAIN STREET,    MAIL CODE 130,
               COLUMBIA SC 29218-0001
             (address filed with court: Scana Energy,    Michelle R. Reed, Bank. Spec.,
               1426 Main St., Mail Code 130,    Columbia, S.C. 29218)
 7675564     +Sam Garre,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,    992 Old Eagle School Road,
               Suite 915,    Wayne, PA 19087-1803
 6919178      Sawnee,    P.O. Box 100002,    Cumming, GA 30028-8302
 6919179     +Scientific-Atlanta, Inc.,    100271,    Atlanta, GA 30384-0001
 6919180     +Scientific-Atlanta, Inc.,    Calibration and Repair Service,    4245 International Blvd.,
               Norcross, GA 30093-3222
 6919181     +Scott Williams,    992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
 7675209     +Scudder Smith Family, LLC,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
               992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
 6919183      Specialized System Clients,    P.O. Box 55549,    Linux Journal,    Seattle, WA 98155-0549
 6919184      Specialized System Clts.,    P.O. Box 5549,    Seattle, WA 98155-0549
 6919185     +Strategic Asset Management Inc,    f/k/a Worldtech Waste Mgmt.,    600 Boston Neck Road,
               North Kingstown, RI 02852-6803
 6919186     +TechSource Service Corporation,    c/o Advance Financial Corporat,    P.O. Box 720477,
               Atlanta, GA 30358-2477
 7675399     +Ted Robinson,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,
               992 Old Eagle School Road,    Suite 915,    Wayne, PA 19087-1803
 7629868      The Hotel At Gateway Center,    Attn: Jean McBreen,    US Highway 30 Elwood Drive,
               Ames, IA  50010
 6919187     +The Maple Group,    11080 Old Roswell Road,    Suite 123,    Alpharetta, GA 30004-4759
 7675445     +Thomas Zug,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,    992 Old Eagle School Road,
               Suite 915,    Wayne, PA 19087-1803
 7675255     +Tracy Smith,    c/o Robert Fisk,    Philadelphia Brokerage Corporation,    992 Old Eagle School Road,
               Suite 915,    Wayne, PA 19087-1803
 6919191     +UPS,    UPS Customhouse Brokerage,    P.O. Box 34486,    Louisville, KY 40232-4486
 6919192      UPS World Wide,    UPS Customhouse Brokerage,    Louisville, KY 40232
 6919193     +US Tech,    3505 Francis Circle,    Alpharetta, GA 30004-2989
 6919188     +Ultrabac,    15015 Main Street,    Suite 200,    Bellevue, WA 98007-5229
```

```
District/off: 113E-9          User: hunterv              Page 4 of 4              Date Rcvd: Jul 31, 2008
Case: 04-92481                Form ID: 183               Total Served: 189

 6919190     +Underwriters Laboratories,   15015 Main Street,   Suite 200,   Bellevue, WA 98007-5229
 7647238     +United Service Network,   PO Box 2320,   Acton, MA 01720-6320
 6919194     +Venture Publishing, Inc.,   2893 El Camino Real,   Second Floor,   Redwood City, CA 94061-4001
 6920137      Venture Publishing, Inc.,   2893 El Camino Real, 2nd Fl.,   Redwood City, CA 94061-4001
 6919195      Verizon Wireless,   Fanny Stephens Freshley,   Bankruptcy Group,   6550 W. Hillsboro Avenue,
               Tampa, Florida 33634
 6919196     +Walmart-Home Office,   805 Moberly Lane, DGTC,   Bentonville, AR 72716-0560
 6919197      Waste Management,   P.O. Box 9001054,   Louisville, KY 40290-1054
 7675212     +William B. Schink,   c/o Robert Fisk,   Philadelphia Brokerage Corporation,
               992 Old Eagle School Road,   Suite 915,   Wayne, PA 19087-1803
 6919198     +Xerographic Corporation,   3069 McCall Drive,   Atlanta, GA 30340-2830
 6920138     +Xerographic Corporation,   3069 McCall Drive, Suite 16,   Atlanta, GA 30340-2830
 6919199     +Xyan Printing,   5775 Jimmy Carter Boulevard,   Suite 300,   Norcross, GA 30071-2989
The following entities were served by electronic transmission on Aug 01, 2008.
 6919182      E-mail/Text: BANKRUPTCY@MXENERGY.COM                            Shell Energy Services,
               P.O. Box 659583,   San Antonio, TX 78265-9583
 6919189      E-mail/Text: PAM.FRIEDMAN@US.UL.COM                             Underwriters Laboratories,
               P.O. Box 75330,   Chicago, IL 60675-5330
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 6920124      Peachtree Service Experts,   2500 Meadowbrook Parkway,   Suite F,   Duluth, FL 33096
 7675177      Scudder Smith Family, LLC
 6919090*    +Arnall, Golden & Gregory LLP,   2800 One Atlantic Center,   1201 West Peachtree Street,
               Atlanta, GA 30309-3449
 6920135*    +US Tech,   3505 Francis Circle,   Alpharetta, GA 30004-2989
                                                                                              TOTALS: 2, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 02, 2008**           **Signature:**       *Joseph Speetjens*